UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

BRIAN PONDER                                                         Civil Action No. 6:18-cv-00221-KKC

    PLAINTIFF

v.

CSX TRANSPORTATION, INC.

    DEFENDANT

## AGREED ORDER OF DISMISSAL

The parties having reached agreement, and the Court being fully advised;

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff, Brian Ponder, in the above matter against Defendant, CSX Transportation, Inc., including FRSA and FELA claims, are hereby dismissed with prejudice with each party to bear their own costs.

The Pretrial Conference and trial date are hereby SET ASIDE. The Clerk of the Court is directed to strike this case from the active docket.

ENTERED this 19th day of December, 2019.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

HAVE SEEN AND AGREE:

| | |
|---|---|
| */s/ James H. Wettermark (with permission)* | */s/ Rod D. Payne*_____ |
| James H. Wettermark | Rod D. Payne |
| Wettermark Keith, LLC | Darryl S. Lavery |
| 3595 Grandview Parkway, Suite 350 | BOEHL STOPHER & GRAVES, LLP |
| Birmingham, AL  35243 | 400 West Market Street, Suite 2300 |
| James@wkfirm.com | Louisville, KY 40202 |
| COUNSEL FOR PLAINTIFF | Phone:  (502) 589-5980 |
| | Fax:  (502) 561-9400 |
| | rdpayne@bsg-law.com |
| | dlavery@bsg-law.com |
| | COUNSEL FOR DEFENDANT |

*2136316.1*